In the Matter of the Application of WILLIAM B. HERLANDS, as Commissioner of Investigation of the City of New York, Petitioner, Appellant, for a Warrant to Commit KENNETH SUTHERLAND, a Witness, Defendant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [170 Misc. 131.]

REGINALD B. LANIER, Respondent, v. GEORGE T. BOWDOIN, Individually and as Liquidator of WINSLOW, LANIER & CO., DEBENNVILLE K. SEELEY, DONALDSON TUCKER, MILTON P. HARLEY and JOHN H. RICE, as Limited Ancillary Administrator, etc., of CARROLL J. WADDELL, Deceased, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint.

In the Matter of the Application of FRANCIS S. BRIERTON, Petitioner, for an Order against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements, on the authority of Matter of Roge v. Valentine (280 N. Y. 268). Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN C. FELTZ, Petitioner, against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements, on the authority of Matter of Roge v. Valentine (280 N. Y. 268). Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

LILLIAN WARREN, Respondent, SUSAN MORFISIS and Others, Plaintiffs, v. GREEN BUS LINES, INC., Appellant.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm.

ZIERICK MANUFACTURING CORP., Appellant, v. STEWART STAMPING CORP., PATTERSON O. STEWART, ADOLPH HAERNLE, Respondents, Impleaded with Others, Defendants.— While we agree in the main with the conclusions arrived at by the referee, we think an injunction should have been granted against the use of the articles alleged to have been stolen and the use of any information obtained thereby. Judgment as amended unanimously modified accordingly, without costs. The findings inconsistent with this determination should be reversed and such new findings made of facts proved on the trial as are necessary to sustain the judgment hereby awarded. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.